UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:24-cv-01706-SVW-DFM | Date | November 19, 2024 |
|---|---|---|---|
| Title | Sam Benford v. Artstock et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

   On October 2, 2024, the plaintiff filed a Proof of Service upon Defendant Sehak Tuna, as Trustee of the Tuna 2009 Revocable Trust, indicating that defendant was served on September 29, 2024, and whose answer was due October 21, 2024.

   To date, the defendant has failed to respond to the complaint, and plaintiff has not requested entry of default. 10/21/2024.

   The Court orders the case dismissed, as to defendant Sehak Tuna, as Trustee of the Tuna 2009 Revocable Trust.

   All previously set dates are vacated and off-calendar.

|  | : |
|---|---|
| Initials of Preparer | PMC |